**CUTLER & ASSOCIATES, LTD.**
**ATTORNEYS AT LAW**
**4131 Main St.**
**SKOKIE, ILLINOIS 60076**

---

**TELEPHONE (847) 673-8600**

**FAX (847) 673-8636**

July 20, 2021

Notice of withdrawal of claim # 10-2

**Bankruptcy Case No. # 21-00014 Marc Archambeau**

**Dear Bankruptcy Court Clerk,**

**Please accept this letter as our formal withdrawal for the amended claim our office filed on April 19, 2021 Proof of Claim: # 10-2, for Firstmark/idapp as our claim is a duplicate.**

Sincerely,

/s/ David H. Cutler
**Attorney at Law**
**Cutler & Associates, Ltd.**
**4131 Main St.**
**Skokie, IL 60076**
**Phone: 847-673-8600**
**Fax: 847-673-8636**
**Email:** cutlerfilings@gmail.com